Henry Becker, Doing Business as Rubenstein & Becker, Plaintiff-Appellant, v. Nathan Dvorson, Defendant-Appellee.

Gen. No. 48,155.

First District, Third Division.

December 14, 1960.

Irving Goodman, of Chicago, for appellant; Herman M. Garvin, of Chicago, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be published in full.**